THE PEOPLE ex rel. HENRY LUDLUM v. STEPHEN WALLACE, HENRY C. BAKER and BENJAMIN W. CRAFT, COMMISSIONERS OF HIGHWAYS, OF THE TOWN OF OYSTER BAY, RESPONDENTS.

*Commissioners of highways — Certiorari — when not granted, pending appeal — Notice required by R. S., as amended by chap. 315, 1873 — when sufficient.*

Pending an appeal to the county judge from the decision of commissioners of highways relative to a laying out of a highway, a writ of certiorari to review such proceedings should not be granted.\*

The provisions of the Revised Statutes, as amended by chapter 315 of 1873, are sufficiently complied with as to the notice required to be given by the applicant to the town clerk, commissioners of highways and a justice of the peace, where, though the notice to the town clerk specifies the day, and that to the justice and the commissioners asks for a jury, but does not name a day for the drawing, the two commissioners attended the drawing of jurors, and the justice, though not present at the drawing, issued a summons for and swore the jury — the statute requiring that the drawing be in the presence of a justice or a commissioner.

CERTIORARI issued to the commissioners of highways of the town of Oyster Bay, requiring a return of a decision made by them laying out a road leading from William Dougherty's across Centre Island beach to Jacob Smith's in said town.

*Whitehead H. Van Wyck*, for the relator.

*Elias J. Beach*, for the respondents.

Opinion by TAPPEN, J.

Present—BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Writ quashed.

\* People *ex rel.* Woodward v. Covert, 1 Hill, 674; *Ex parte* Mayor of Albany, 23 Wend., 277.